**STRADLEY RONON STEVENS &YOUNG, LLP**
A Pennsylvania Limited Liability Partnership
By:   Francis X. Manning
      Robert J. Norcia
LibertyView
457 Haddonfield Road, Suite 100
Cherry Hill, NJ  08002
(856) 321-2403
(856) 321-2415 (fax)
fmanning@stradley.com
rnorcia@stradley.com

*Attorneys for Defendants Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ELIZABETH CHAISSON-RICKER, | )<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | )<br>)<br>) |
| SANOFI U.S. SERVICES INC., formerly known as SANOFI-AVENTIS U.S. INC; SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S.; SANDOZ, INC.; HOSPIRA, INC.; HOSPIRA WORLDWIDE, LLC F/K/A HOSPIRA WORLDWIDE, INC.; ACCORD HEALTHCARE, INC.; MCKESSON CORPORATION d/b/a MCKESSON PACKAGING; SUN PHARMA GLOBAL FZE; SUN PHARMACEUTICAL INDUSTRIES, INC. F/K/A CARACO PHARMACEUTICAL LABORATORIES, LTD. , ACTAVIS LLC F/K/A ACTAVIS INC.; ACTAVIS PHARMA, INC., PFIZER, INC.; SAGENT PHARMACEUTICALS, INC. AND JOHN DOE DRUG COMPANY DEFENDANTS #1-10 | Case No.: _____<br><br>**LOCAL RULE 11.2 CERTIFICATION** |
| Defendants. | ) |

I, Robert J. Norcia, hereby certify that this matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

Dated: May 29, 2020	By:	/s/ *Robert J. Norcia*
		Francis X. Manning, Esquire
		Robert J. Norcia, Esquire
		457 Haddonfield Road, Suite 100
		Cherry Hill, NJ 08002
		T:  (856) 321-2403
		F:  (856) 321-2415
		E:  fmanning@stradley.com
		E:  rnorcia@stradley.com

		*Attorneys for Defendants, Hospira, Inc. and Hospira Worldwide, LLC f/k/a Hospira Worldwide, Inc.*

4576921